UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EMBREY,<br><br>      Plaintiff,<br><br>   v.<br><br>M. WALIK, et al.,<br><br>      Defendants. | No. 2:17-cv-1973 MCE AC P<br><br><br>ORDER |

    Plaintiff requests a six-month extension of time to file an amended complaint, in response to this court's April 15, 2020 screening order. Plaintiff states that he has limited access to the prison law library due to the current COVID-19 health crisis. Plaintiff has demonstrated good cause for extended time; however, at present, the court will grant only a three-month extension.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for extended time, ECF No. 22, is granted in part; and

    2. Plaintiff shall file his amended complaint on or before September 4, 2020.

DATED: June 2, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE