UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EMBREY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. WALIK, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1973 MCE AC P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. This action is referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c). By order filed April 15, 2020, this court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A. ECF No. 19. For the reasons stated therein, this court found that the complaint failed to state a cognizable claim and granted plaintiff leave to file an amended complaint within 45 days. Id.

At plaintiff's request, the deadline for filing an amended complaint was extended twice. Most recently, by order filed September 10, 2020, plaintiff was again provided 45 days to file an amended complaint. ECF No. 25. That order informed plaintiff that "[n]o further extensions of time will be granted," and "[f]ailure of plaintiff to file an amended complaint within the current deadline will result in a recommendation that this action be dismissed without prejudice." Id. at 1-2.

The final deadline for plaintiff to file an amended complaint has expired. Plaintiff has not filed an amended complaint or otherwise communicated with the court. Therefore this court will recommend that this case be dismissed without prejudice.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after the filing date of these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2