UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EMBREY, | No. 2:17-cv-1973 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| M. WALIK, et al., | |
| Defendants. | |

On May 24, 2021, plaintiff filed a letter with the court asking that this matter be reopened because for various reasons, he was unable to timely file a first amended complaint.[1] See generally ECF No. 29. He also asks that copies of all filings in this matter be sent to him. See id.

////
////
////
////
////

---

[1] On April 15, 2020, the court screened plaintiff's complaint, directed him to amend it, and gave him 45 days within which to do so. ECF No. 19 at 9. Thereafter, plaintiff was given two extensions of time to comply with the court's order, including an initial 90-day extension, and a subsequent 45-day extension. See ECF Nos. 23, 25. The record also indicates that plaintiff failed to file objections to the undersigned's November 5, 2020, recommendation that this matter be dismissed.

1

This civil rights action was closed on December 15, 2020. <u>See</u> ECF Nos. 27, 28. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded, and no orders will issue in response to future filings.

DATED: May 27, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE